UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

VIRGINIA SCHMITTOU,

Plaintiff,

vs.

CIV. No.: 01-1763 JRT/RLE

WAL-MART STORES, INC.,

Defendant.

---

**ORDER REGARDING EXTENSION OF DISPOSITIVE MOTION DEADLINE**

---

At Duluth, in the District of Minnesota, this 21st day of October, 2002.

Pursuant to a Stipulation entered into between the parties on October 17, 2002,

**IT IS ORDERED**:

1. That the dispositive motion deadline set forth in the Court's Pretrial Order of January 17, 2002, is extended as follows:

   a. Plaintiff's response to Defendant's summary judgment motion is due on or before October 28, 2002, and the Defendant's reply brief, if any, is due on or before November 4, 2002.

2. All remaining provisions of the Court's Pretrial Order remain the same.

BY THE COURT:

RAYMOND L. ERICKSON
United States Magistrate Judge

OCT 21 2002