✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Virginia Schmittou

V.

Wal-Mart Stores, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1763JRT/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that defendant's motion for summary judgment is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

August 27, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Denise La Fond, Deputy Clerk